# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PAUL DAVID DOUBET, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, § <br> *Acting Commissioner of Social Security*, § <br> § <br> Defendant. § | Civil Action No. 4:21-cv-924-ALM-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #15) that the final decision of the Commissioner of Social Security Administration be reversed and remanded for further proceedings.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**
**SIGNED** this 14th day of March, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE